UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION, et al.,

*Plaintiff*

v.

HIYA INC., et al.,

*Defendant*

Civil Action No. _____

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that  Hiya, Inc._____, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

## OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Jean Occhiogrosso  *Digitally signed by Jean Occhiogrosso*
*Date: 2024.03.19 14:59:00 -04'00'*

Signature of Attorney

Vedder Price P.C., 1633 Broadway, 31st Floor
Address

New York, NY 10019
City/State/Zip

3/19/2024
Date

DNJ-CMECF-005 (12/1/2022)