IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY
CORPORATION, *et al.*,

      Plaintiffs,

v.

HIYA, INC., *et al.*,

      Defendants.

No. 3:24-cv-04000

## APPLICATION FOR CLERK'S ORDER EXTENDING TIME PURSUANT TO LOCAL RULE 6.1(B)

Application is hereby made for a Clerk's Order, pursuant to L. Civ. R. 6.1(b), extending by 14 days the time within which defendant Hiya, Inc. may answer, move, or otherwise respond to the Complaint filed by Plaintiffs herein.  It is represented that:

1.    No previous extension of time to answer, move, or otherwise respond to the Complaint has been obtained by Hiya.

2.    Hiya removed this action to this Court on March 19, 2024.

3.    Pursuant to Fed. R. Civ. P. 81(c)(2) the time to answer, move or otherwise reply to the Complaint expires on March 26, 2024.

4.      Hiya respectfully requests, pursuant to L. Civ. R.  6.1(b), a 14-day extension of time within which to answer, plead or otherwise respond to the Complaint, *i.e.*, until April 9, 2024.

Dated:  March 20, 2024                    Respectfully submitted,

                                          HIYA, INC.

                                          By:    /s/ Jean A. Occhiogrosso
                                                 One of its attorneys

Jean A. Occhiogrosso
Vedder Price P.C.
1633 Broadway, 31st Floor
New York, NY 10019
T: (212) 407-7794
jocchiogrosso@vedderprice.com

Blaine C. Kimrey (PHV to follow)
Bryan K. Clark (PHV to follow)
Vedder Price P.C.
222 N. LaSalle St.
Chicago, IL 60601
T: (312) 609-7500
bkimrey@vedderprice.com
bclark@vedderprice.com

## **ORDER**

The application is ORDERED GRANTED; the time within which defendant Hiya, Inc. is required to answer, move or otherwise reply is extended to April 9, 2024.

Dated:  March __, 2024                    By:_____

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing was served by e-mail and U.S. Mail on March 20, 2024, to:

Genova Burns LLC
Rajiv D. Parikh, Esq.
Kathleen Barnett Einhorn, Esq.
494 Broad Street
Newark, NJ 07102
T: (973) 533-0777
rparikh@genovaburns.com
keinhorn@genovaburns.com

Morgan & Morgan
John A. Yanchunis, Esq.
201 N. Franklin St., 7th Floor
Tampa, FL 33602
T: (813) 223-5505
jyanchunis@forthepeople.com

/s/ Jean A. Occhiogrosso
Jean A. Occhiogrosso