UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 04/18/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell     **DOCKET #**   CV 24-4000 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
                 v.
HIYA, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  10:00 AM                Time Adjourned: 12:20 PM

Total: 2 hours and 20 minutes

                                        s/ *David Bruey*
                                        **DEPUTY CLERK**